UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: SUBPOENA FOR IMPERIUM PATENT WORKS LLP TO PRODUCE DOCUMENTS,<br><br>Movant. | Case No. 4:19-mc-80275-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled miscellaneous matter is hereby REFERRED to the Honorable Judge Joseph C. Spero for consideration of whether it is related to *In Re: The Subpoena for Lester Wallace, Esq. to Testify in a Civil Action and for Lester Wallace, Esq. to Produce Documents*, 19-mc-80274-JCS.

IT IS SO ORDERED.

Dated: November 26, 2019

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge