UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THE SUBPOENA FOR LESTER WALLACE, ESQ. TO TESTIFY IN A CIVIL ACTION AND FOR LESTER WALLACE, ESQ. TO PRODUCE DOCUMENTS<br><br>Movant. | Case No. 19-mc-80274-JCS<br>          19-mc-80275-JCS<br>          19-mc-80276-JCS<br><br>**ORDER DENYING MOTIONS TO QUASH AS MOOT** |
| IN RE: THE SUBPOENA FOR IMPERIUM PATENT WORKS LLP TO PRODUCE DOCUMENTS<br><br>Movant. | |
| IN RE: THE SUBPOENA FOR DARIEN WALLACE, ESQ. TO TESTIFY IN A CIVIL ACTION AND FOR DARIEN WALLACE, ESQ. TO PRODUCE DOCUMENTS<br><br>Movant. | |

On November 4, 2019, counsel for Cap Export, LLC and Abraham Amouyal emailed Mr. Lester Wallace two subpoenas, one for Mr. Lester Wallace and one for Imperium Patent Works. On that same day, counsel for Cap Export, LLC and Abraham Amouyal also emailed a subpoena to Mr. Darien Wallace. On November 8, 2019, Mr. Lester Wallace filed two separate miscellaneous matters, case numbers 19-mc-80274-JCS and 19-mc-80275-JCS, seeking to quash the subpoenas. On November 12, 2019, Mr. Darien Wallace likewise filed a miscellaneous matter, case number 19-mc-80276-JCS, seeking to quash the subpoena he received.

Having reviewed the parties' submissions, the Court concludes that this matter is suitable for decision without a hearing. In the oppositions filed in response to the three motions to quash, the issuing parties, Cap Export, LLC and Abraham Amouyal, indicated that they have withdrawn the subpoenas at issue. Furthermore, the issuing parties attached correspondence they had sent to the responding parties notifying the responding parties that the issuing parties did not seek to enforce the deposition subpoenas that are the subject of these pending three quash motions. Therefore, the three motions to quash filed in case numbers 19-mc-80274-JCS, 19-mc-80275-JCS, and 19-mc-80276-JCS are DENIED as moot, with each side to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 4, 2019

JOSEPH C. SPERO
United States Magistrate Judge